| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. HARTER, Bar #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | VANESSA LITTLE |
| 7 | |

```
 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. Cr.S 13-251-DAD
                                  )
12              Plaintiff,        )  AMENDED STIPULATION AND
                                  )  ORDER TO VACATE TRIAL
13       v.                       )  CONFIRMATION HEARING AND
                                  )  JURY TRIAL AND SET FOR
14  VANESSA LITTLE,               )  CHANGE OF PLEA
                                  )
15              Defendant.        )  Date: October 1, 2013
                                  )  Time: 10:00 a.m.
16  _____  )  Judge: Hon. Dale A. Drozd

17
```

18      IT IS HEREBY STIPULATED between the parties through their

19 respective counsel, Michael Stanley, Special Assistant United States

20 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

21 attorney for VANESSA LITTLE, that the Court vacate the trial

22 confirmation hearing on October 8, 2013 at 10:00 a.m. and the jury

23 trial set for October 21, 2013 and a change of plea hearing be set for

24 October 1, 2013 at 10:00 a.m.

25      It is further stipulated that the time period from the date of

26 this stipulation through and including the date of the change of plea

27 hearing on October 1, 2013, shall be excluded under the Speedy Trial

28 Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code

1  T4 (reasonable time for defense counsel to prepare)and defense
2  preparation and that the ends of justice to be served by granting the
3  continuance outweigh the best interests of the public and the defendant
4  in a speedy trial.
5  Dated:   September 23, 2013
                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         VANESSA LITTLE

Dated: September 23, 2013                BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Michael Stanley
                                         MICHAEL STANLEY
                                         Special Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the request of the parties outweighs the best interest of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 18, 2013, to and including the new October 1, 2013, change of plea hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set October 8, 2013, trial

1  confirmation hearing and the October 21, 2013 jury trial shall be
2  vacated and a change of plea hearing is set for October 1, 2013, at
3  10:00 a.m.
4      IT IS SO ORDERED.
5  DATED: September 24, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
little0251.stipord.set.COP

Stipulation and Order                -3-